

Peter E. Brill
David Gray
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

January 8, 2021

Hon. Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10038

1/11/2021
Bail is modified as requested.
SO ORDERED.

*/s/ Paul A. Crotty*

Re: USA v. Leyva (Haque), 19 Cr. 667

Dear Judge Crotty:

I represent Ariful Haque.

I write to memorialize the modifications to Mr. Haque's bail conditions discussed during yesterday's status conference. I would ask the Court to endorse and So Order this letter.

With the government's consent, these are the agreed-upon changes:

1. The location monitoring (i.e. ankle bracelet) requirement will be removed; and ✓

2. The bail sureties will execute a new unsecured personal recognizance bond in the amount of $250,000. ✓

As requested by the Court during yesterday's conference, attached please find Mr. Haque's consent to proceed remotely for yesterday's conference.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788