**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

February 22, 2021

**VIA ECF**
Hon. Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10038

2/23/21
The request to travel to Virginia between February 24 and February 28 is granted. SO ORDERED.

*[signature: Paul A. Crotty]*

Re: *USA v. Leyva (Haque)*, 19 Cr. 667

Dear Judge Crotty:

I represent Ariful Haque.

With consent of the government and Pre-Trial Services, I write to request permission for Mr. Haque to travel to visit family in Virginia between February 24 and February 28. Other than driving to and from New York, Mr. Haque's family would be in the Gainesville and Haymarket, Virginia area.

He will be staying with family at the following addresses and inform Pre-Trial Services of his exact whereabouts each day:

1.   7147 Mercury Ave, Haymarket VA 20169

2.   4600 Catherpin Road, Gainesville, VA 20155

3.   8132 Landfall Court, Gainesville, VA 20155

Mr. Haque and his family will be abiding by all Virginia and New York COVID protocols during their travel.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788