**BRILL LEGAL GROUP. P.C.**

Tel: (888) 315-9841   www.brill-legal.com

Peter E. Brill
David Gray
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

May 10, 2021

**VIA ECF**
Hon. Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10038

5/10/2021

Re: *USA v. Leyva (Haque)*, 19 Cr. 667

*[handwritten note: The request to travel is approved so ordered. Paul Crotty 5/10/21]*

Dear Judge Crotty:

I represent Ariful Haque.

With consent of the government and Pre-Trial Services, I write to request permission for Mr. Haque to travel to visit family in Virginia between May 12 and May 16, 2021. Other than driving to and from New York, Mr. Haque's family would be in the Gainesville and Haymarket, Virginia area.

He will be staying with family at the following addresses and inform Pre-Trial Services of his exact whereabouts each day:

1. 7147 Mercury Ave, Haymarket VA 20169
2. 4600 Catherpin Road, Gainesville, VA 20155
3. 8132 Landfall Court, Gainesville, VA 20155

Mr. Haque and his family will be abiding by all Virginia and New York COVID protocols during their travel.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788