

**BRILL LEGAL GROUP**, P.C.

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Rita Bonicelli*
Matthew Halcken*
James Moschella*
*Of Counsel

July 16, 2021

**VIA ECF**
Hon. Paul A. Crotty
United States District Court
500 Pearl Street
New York, NY 10038

Re: *USA v. Leyva (Haque)*, 19 Cr. 667

Dear Judge Crotty:

I represent Ariful Haque.

With consent of the government and Pre-Trial Services, I write to request permission for Mr. Haque to travel with family to Orlando, Florida from August 2 to August 7, 2021. They will be staying in a hotel in the Orlando area.

Mr. Haque will provide all travel and location information to Pre-Trial Services prior to his departure.

Thank you for your consideration.

*[Handwritten: 7/19/21 Permission to travel is granted. So ordered. /s/ PAC USDJ]*

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788